IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HENRY L. STEPLER,

        Plaintiff,

vs.

WARDEN, HOCKING CORRECTIONAL
FACILITY, et al.,

        Defendants.

Civil Action 2:12-cv-1209
Judge Sargus
Magistrate Judge King

### ORDER

On January 2, 2013, the United States Magistrate Judge recommended that the claims against Alice Bartlett, the institutional inspector at the Hocking Correctional Institution, be dismissed for failure to state a claim. *Order and Report and Recommendation*, Doc. No. 5. Although plaintiff was advised of his right to object to that recommendation, and of the consequences of his failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 5, is **ADOPTED AND AFFIRMED**. The claims against defendant Alice Bartlett are **DISMISSED** for failure to state a claim upon which relief can be granted.

1-29-2013
Date

Edmund A. Sargus, Jr.
United States District Judge

1