IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HENRY L. STEPLER,

        Plaintiff,

vs.                                  Civil Action 2:12-cv-1209
                                       Judge Sargus
                                       Magistrate Judge King

WARDEN, HOCKING CORRECTIONAL
FACILITY, *et al.*,

        Defendants.

## ORDER

On January 2, 2013, the United States Magistrate Judge recommended that the claims against Alice Bartlett, the institutional inspector at the Hocking Correctional Institution, be dismissed for failure to state a claim. *Order and Report and Recommendation*, Doc. No. 5. Although plaintiff was advised of his right to object to that recommendation, and of the consequences of his failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 5, is **ADOPTED AND AFFIRMED**. The claims against defendant Alice Bartlett are **DISMISSED** for failure to state a claim upon which relief can be granted.

1-29-2013
Date

                                                        Edmund A. Sargus, Jr.
                                                United States District Judge