AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*
Eastern Division

**HENRY L. STEPLER,**

        **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, HOCKING**               **CASE NO.  C2-12-1209**
**CORRECTIONAL FACILITY, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
                                   **MAGISTRATE JUDGE NORAH MCCANN KING**

                **Defendants.**

_____     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed January 29, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 29, 2013                        JOHN P. HEHMAN, CLERK

                                   */S/ Andy F. Quisumbing*_____
                                   (By) Andy F. Quisumbing
                                  Courtroom Deputy Clerk