AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

| | |
|---|---|
| **HENRY L. STEPLER,** | |
| **Plaintiff,** | **JUDGMENT IN A CIVIL CASE** |
| v. | **CASE NO. 2:12-CV-01209** |
| **WARDEN, HOCKING CORRECTIONAL FACILITY, et al.,** | **JUDGE EDMUND A. SARGUS, JR.** <br> **MAGISTRATE JUDGE NORAH MCCANN KING** |
| **Defendants.** | |

____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed August 21, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date:  August 21, 2014                                             JOHN P. HEHMAN, CLERK

                                                                                 */S/ Andy F. Quisumbing*
                                                                                  (By) Andy F. Quisumbing
                                                                                   Courtroom Deputy Clerk